

FILED
CLERK, U.S. DISTRICT COURT
SEP 15 2016
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Augustine Ndubuisi Ogbodo. DEFENDANT(S). | CASE NUMBER 16 - 1883M ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of __defendant__, IT IS ORDERED that a detention hearing is set for __9/20/2016__, _____, at __9:00__ ☒a.m. / ☐p.m. before the Honorable __Jacqueline Chooljian__, in Courtroom __20__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or __312 N. Spring St., Los Angeles, CA 90012__ and produced for the hearing.
_____
(Other custodial officer)

Dated: __9/15/16__          _____
                            U.S. District Judge/Magistrate Judge